# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANDI ADRIANNA PEREZ, | Case No. 1:26-cv-02608-JLT-SAB |
| Plaintiff, | ORDER REGARDING STIPULATION TO FILE SECOND AMENDED COMPLAINT |
| v. | (ECF No. 11) |
| CITY OF FRESNO, et al., | |
| Defendants. | |

Before the Court is a stipulation by the parties to give Plaintiff leave to file a second amended complaint. The parties note that this request follows a meet and confer effort that was conducted in the anticipation of a motion to dismiss being filed. Thus, the parties seek to allow Plaintiff an opportunity to amend the operative complaint, within 21 days, to cure any defects discussed by the parties during their meet and confer. Good cause appearing, and in the interest of judicial economy, the Court approves the stipulation and ORDERS that Plaintiff shall have through **May 26, 2026**, to file a second amended complaint. Thereafter, Defendants shall have 21 days within which to answer or otherwise respond to the second amended complaint.

IT IS SO ORDERED.

Dated:   **May 5, 2026**

STANLEY A. BOONE
United States Magistrate Judge