# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KANDI ADRIANNA PEREZ,

Plaintiff,

v.

CITY OF FRESNO, et al.,

Defendants.

Case No. 1:26-cv-02608-JLT-SAB

ORDER CONTINUING INITIAL SCHEDULING CONFERENCE TO AUGUST 25, 2026

(ECF No. 16)

This matter is set for an initial scheduling conference on August 11, 2026. (ECF No. 2.) Counsel for Plaintiff has informed the Court that he will be abroad and unavailable to appear at the currently scheduled scheduling conference.[1] (ECF No. 16.) Accordingly, the Court hereby ORDERS that the initial scheduling conference is CONTINUED to **August 25, 2026, at 10:00 a.m. in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone.**

IT IS SO ORDERED.

Dated: **August 5, 2026**

STANLEY A. BOONE
United States Magistrate Judge

[1] Counsel is advised that future requests to modify the Court's schedule shall be made by stipulation or appropriate motion.